**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Wayne Lee McGhee, | ) CASE NO. 10-98636-JRS |
| Lisa Hill McGhee, | ) |
| | ) |
| DEBTORS. | ) |

**AMENDMENT TO CHAPTER 13 SCHEDULES**
**AND SUMMARY OF SCHEDULES**

COME NOW Wayne Lee McGhee and Lisa Hill McGhee, Debtors in the above styled Chapter 13 case, and through counsel file this "Amendment to Chapter 13 Schedules and Summary of Schedules," showing this Honorable Court the following:

**1.**

Debtors file the attached Schedules A, B, C, I, and J in lieu of previously filed counterpart(s).

**2.**

Debtors file the attached Summary of Schedules in lieu of its previously filed counterpart.

WHEREFORE, Debtors pray:

(a) That this Amendment be filed, read, and considered;

(b) That this Amendment be granted; and,

(c) That this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully submitted,
KHOSHNOOD LAW FIRM, PC

_____/s/_____
Hooman Khoshnood
GA Bar No. 416968
Attorney for the Debtors
klfnotices@yahoo.com

KHOSHNOOD LAW FIRM, PC
501 Pulliam St. SW, Suite 130
Atlanta, GA 30312
(678) 507-1590
(770) 234-4214 Fax

*Q:\ADL_MS\AMNDSCHD.wfm*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Wayne Lee McGhee, | ) CASE NO. 10-98636-JRS |
| Lisa Hill McGhee, | ) |
| | ) |
| DEBTORS. | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I have served the following parties with a copy of the "Amendment to Chapter 13 Schedule(s) and Summary of Schedules" by placing true copies of same in the United States Mail with adequate postage affixed to ensure delivery.

Adam M. Goodman  
Chapter 13 Trustee  
Suite 200  
260 Peachtree Street  
Atlanta, GA 30303  

Wayne Lee McGhee  
Lisa Hill McGhee  
814 Millstead Court  
Jonesboro, GA 30236  

Dated: March 9, 2011

/s/  
Hooman Khoshnood  
GA Bar No. 416968  
Attorney for the Debtors  
klfnotices@yahoo.com  

Khoshnood Law Firm, PC  
501 Pulliam St. SW, Suite 130  
Atlanta, GA 30312  
(678) 507-1590  
(770) 234-4214 Fax  

*Q:\ADL_MS\AMNDSCHD.wfm*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Wayne Lee McGhee, | ) CASE NO. 10-98636-JRS |
| Lisa Hill McGhee, | ) |
| | ) |
| DEBTORS. | ) |

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**

We, Wayne Lee McGhee and Lisa Hill McGhee, hereby certify that the attached pleading is true and correct to the best of our information and belief.

Dated: <u>March 9, 2011</u>      Signed: <u>/s/</u>_____
                                Wayne Lee McGhee

Dated: <u>March 9, 2011</u>      Signed: <u>/s/</u>_____
                                Lisa Hill McGhee

*Q:\ADL_MS\AMNDSCHD.wfm*

B6A (Official Form 6A) (12/07)

In re  **Wayne Lee McGhee,**  
      **Lisa Hill McGhee**  
                                                                 ,  
                                Debtors

Case No. __**10-98636-JRS**__

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence: 814 Millstead Court Jonesboro GA 30236** | **Fee Simple** | **J** | **104,923.00** | **184,000.00** |
| **Eight Undeveloped Acres in Monroe County (Total Value - $53,000)** | **1/8th Inherited Interest** | **W** | **6,625.00** | **0.00** |

|  | Sub-Total > | **111,548.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **111,548.00** |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Wayne Lee McGhee,**                                                            Case No.   **10-98636-JRS**
         **Lisa Hill McGhee**
                                                                    ,
                                                 Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank Checking Account** | J | 0.00 |
| | | **Chase Savings Account** | J | 0.00 |
| | | **Chase Checking Account** | J | 0.00 |
| | | **Delta Community Credit Union Checking Account** | J | 150.00 |
| | | **Delat Community Credit Union Savings Account** | J | 100.00 |
| | | **Robins Federal Credit Union Checking Account** | W | 70.00 |
| | | **Robbins Federal Credit Union Savings Account** | W | 30.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with Georgia Natural Gas** | W | 150.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings** | J | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, CDs, DVDs** | J | 200.00 |
| 6. Wearing apparel. | | **Clothing and Wearing Apparel** | J | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Digital Camera** | J | 30.00 |
| | | **Bowling Balls, Basketball Goal Post** | J | 100.00 |

|  | Sub-Total > (Total of this page) | **6,330.00** |
|---|---|---|

  **3**    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re **Wayne Lee McGhee,**             Case No. **10-98636-JRS**
      **Lisa Hill McGhee**
,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance Policy** | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401k** | W | 300.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **5 Shares of Fed-Ex Stock** | J | 400.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

                                                         Sub-Total >     **700.00**
                                                       (Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Wayne Lee McGhee,**
     **Lisa Hill McGhee**
                                                                    ,
                                                        Debtors

Case No. **10-98636-JRS**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1991 Lexus LS 400 (300,000 miles) | W | 1,375.00 |
| | | 2002 Cadillac Escalade | H | 6,475.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total > **7,850.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re　**Wayne Lee McGhee,**　　　　　　　　　　　　　　　　　　　　　　　Case No.　**10-98636-JRS**
　　　　**Lisa Hill McGhee**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sub-Total >　　**0.00**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >　　**14,880.00**

Sheet　**3**　of　**3**　continuation sheets attached
to the Schedule of Personal Property
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re    **Wayne Lee McGhee,**
       **Lisa Hill McGhee**                                ,        Case No.  **10-98636-JRS**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Eight Undeveloped Acres in Monroe County (Total Value - $53,000) | Ga. Code Ann. § 44-13-100(a)(6) | 5,350.00 | 6,625.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Chase Bank Checking Account | Ga. Code Ann. § 44-13-100(a)(6) | 0.00 | 0.00 |
| Chase Savings Account | Ga. Code Ann. § 44-13-100(a)(6) | 0.00 | 0.00 |
| Chase Checking Account | Ga. Code Ann. § 44-13-100(a)(6) | 0.00 | 0.00 |
| Delta Community Credit Union Checking Account | Ga. Code Ann. § 44-13-100(a)(6) | 150.00 | 150.00 |
| Delat Community Credit Union Savings Account | Ga. Code Ann. § 44-13-100(a)(6) | 100.00 | 100.00 |
| Robins Federal Credit Union Checking Account | Ga. Code Ann. § 44-13-100(a)(6) | 70.00 | 70.00 |
| Robbins Federal Credit Union Savings Account | Ga. Code Ann. § 44-13-100(a)(6) | 30.00 | 30.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Security Deposit with Georgia Natural Gas | Ga. Code Ann. § 44-13-100(a)(6) | 150.00 | 150.00 |
| **Household Goods and Furnishings** | | | |
| Household Goods and Furnishings | Ga. Code Ann. § 44-13-100(a)(4) | 5,000.00 | 5,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books, CDs, DVDs | Ga. Code Ann. § 44-13-100(a)(6) | 200.00 | 200.00 |
| **Wearing Apparel** | | | |
| Clothing and Wearing Apparel | Ga. Code Ann. § 44-13-100(a)(4) | 500.00 | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Digital Camera | Ga. Code Ann. § 44-13-100(a)(6) | 30.00 | 30.00 |
| Bowling Balls, Basketball Goal Post | Ga. Code Ann. § 44-13-100(a)(6) | 100.00 | 100.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| 401k | O.C.G.A. 44-13-100(a)(2.1) | 300.00 | 300.00 |
| **Stock and Interests in Businesses** | | | |
| 5 Shares of Fed-Ex Stock | Ga. Code Ann. § 44-13-100(a)(6) | 400.00 | 400.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1991 Lexus LS 400 (300,000 miles) | Ga. Code Ann. § 44-13-100(a)(3) | 1,375.00 | 1,375.00 |
| 2002 Cadillac Escalade | Ga. Code Ann. § 44-13-100(a)(3)<br>Ga. Code Ann. § 44-13-100(a)(6) | 3,500.00<br>2,975.00 | 6,475.00 |
| | Total: | 20,230.00 | 21,505.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6I (Official Form 6I) (12/07)

In re **Wayne Lee McGhee**
**Lisa Hill McGhee**
Debtor(s)

Case No. **10-98636-JRS**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Son** **Daughter** | AGE(S): **11 years** **8 years** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Junior Processor** | **Para-pro** |
| Name of Employer | **HomeTrust Mortgage, Inc.** | **Henry County Schools** |
| How long employed | **8 years** | **1 1/2 years** |
| Address of Employer | **4170 Ashford Dunwoody** **Atlanta, GA 30319** | **33 N. Zack Hinton Parkway** **McDonough, GA 30253** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **1,950.00** | $ **1,068.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **1,950.00** | $ **1,068.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **196.00** | $ **50.00** |
|     b. Insurance | $ **0.00** | $ **0.00** |
|     c. Union dues | $ **0.00** | $ **0.00** |
|     d. Other (Specify): **TRS** | $ **0.00** | $ **59.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **196.00** | $ **109.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **1,754.00** | $ **959.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **3,127.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **3,127.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **1,754.00** | $ **4,086.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **5,840.00** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Wayne Lee McGhee**
**Lisa Hill McGhee**                                                                 Case No. **10-98636-JRS**
                               Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 990.00 |
| a. Are real estate taxes included? | Yes **X**  No ___ | |
| b. Is property insurance included? | Yes **X**  No ___ | |
| 2. Utilities: a. Electricity and heating fuel | | $ 460.00 |
| b. Water and sewer | | $ 60.00 |
| c. Telephone | | $ 0.00 |
| d. Other **See Detailed Expense Attachment** | | $ 352.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 805.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 107.00 |
| 7. Medical and dental expenses | | $ 100.00 |
| 8. Transportation (not including car payments) | | $ 580.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 83.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 108.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other **HOA** | | $ 7.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 1,308.00 |
| 17. Other **See Detailed Expense Attachment** | | $ 315.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 5,375.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I                                 $ 5,840.00
b. Average monthly expenses from Line 18 above                                        $ 5,375.00
c. Monthly net income (a. minus b.)                                                              $ 465.00

**B6J (Official Form 6J) (12/07)**

In re **Wayne Lee McGhee / Lisa Hill McGhee**  Case No. **10-98636-JRS**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| Cell phones | $ 120.00 |
| Home Phone and Internet | $ 108.00 |
| Satellite TV | $ 80.00 |
| Trash Pick-up | $ 19.00 |
| Alarm System | $ 25.00 |
| **Total Other Utility Expenditures** | **$ 352.00** |

**Other Expenditures:**

| | |
|---|---:|
| School Lunches | $ 40.00 |
| Personal Grooming | $ 150.00 |
| Tax Escrow Account (SE Taxes) | $ 125.00 |
| **Total Other Expenditures** | **$ 315.00** |

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
### Northern District of Georgia

In re  **Wayne Lee McGhee,**
      **Lisa Hill McGhee**
                                                                  Debtors

Case No. __10-98636-JRS__

Chapter __13__

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 111,548.00 | | |
| B - Personal Property | Yes | 4 | 14,880.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 325,516.74 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 169,389.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,840.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,375.00 |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| | | Total Assets | 126,428.00 | | |
| | | | Total Liabilities | 494,905.74 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Wayne Lee McGhee,**
**Lisa Hill McGhee**
,
Debtors

Case No. __10-98636-JRS__

Chapter __13__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,840.00 |
| Average Expenses (from Schedule J, Line 18) | 5,375.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,050.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 219,668.86 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 169,389.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 389,057.86 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re: **Wayne Lee McGhee / Lisa Hill McGhee**, Debtor(s)

Case No. **10-98636-JRS**
Chapter **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **30** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 9, 2011**    Signature **/s/ Wayne Lee McGhee**
Wayne Lee McGhee
Debtor

Date **March 9, 2011**    Signature **/s/ Lisa Hill McGhee**
Lisa Hill McGhee
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.