**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Wayne Lee McGhee, | ) CASE NO. 10-98636-JRS |
| Lisa Hill McGhee, | ) |
| | ) |
| DEBTORS. | ) |

**AMENDMENT TO CHAPTER 13 SCHEDULES**
**AND SUMMARY OF SCHEDULES**

COME NOW Wayne Lee McGhee and Lisa Hill McGhee, Debtors in the above styled Chapter 13 case, and through counsel file this "Amendment to Chapter 13 Schedules and Summary of Schedules," showing this Honorable Court the following:

**1.**

Debtors file the attached Schedule Business J to disclose business expenses.

**2.**

Debtors file the attached Summary of Schedules in lieu of its previously filed counterpart.

WHEREFORE, Debtors pray:

(a) That this Amendment be filed, read, and considered;

(b) That this Amendment be granted; and,

(c) That this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully submitted,
KHOSHNOOD LAW FIRM, PC

____/s/_____
Hooman Khoshnood
GA Bar No. 416968
Attorney for the Debtors
klfnotices@yahoo.com

KHOSHNOOD LAW FIRM, PC
501 Pulliam St. SW, Suite 130
Atlanta, GA 30312
(678) 507-1590
(770) 234-4214 Fax

*Q:\ADL_MS\AMNDSCHD.wfm*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Wayne Lee McGhee, | ) CASE NO. 10-98636-JRS |
| Lisa Hill McGhee, | ) |
| | ) |
| DEBTORS. | ) |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify under penalty of perjury that I have served the following parties with a copy of the "Amendment to Chapter 13 Schedule(s) and Summary of Schedules" by placing true copies of same in the United States Mail with adequate postage affixed to ensure delivery.

| | |
|---|---|
| Adam M. Goodman | Wayne Lee McGhee |
| Chapter 13 Trustee | Lisa Hill McGhee |
| Suite 200 | 814 Millstead Court |
| 260 Peachtree Street | Jonesboro, GA 30236 |
| Atlanta, GA 30303 | |

Dated: March 9, 2011

/s/
Hooman Khoshnood
GA Bar No. 416968
Attorney for the Debtors
klfnotices@yahoo.com

Khoshnood Law Firm, PC
501 Pulliam St. SW, Suite 130
Atlanta, GA 30312
(678) 507-1590
(770) 234-4214 Fax

*Q:\ADL_MS\AMNDSCHD.wfm*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Wayne Lee McGhee, | ) CASE NO. 10-98636-JRS |
| Lisa Hill McGhee, | ) |
| | ) |
| DEBTORS. | ) |

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**

We, Wayne Lee McGhee and Lisa Hill McGhee, hereby certify that the attached pleading is true and correct to the best of our information and belief.

Dated: <u>March 9, 2011</u>     Signed: <u>/s/</u>_____
Wayne Lee McGhee

Dated: <u>March 9, 2011</u>     Signed: <u>/s/</u>_____
Lisa Hill McGhee

*Q:\ADL_MS\AMNDSCHD.wfm*

## United States Bankruptcy Court
### Northern District of Georgia

In re **Wayne Lee McGhee / Lisa Hill McGhee**  Debtor(s)

Case No. **10-98636-JRS**
Chapter **13**

# BUSINESS INCOME AND EXPENSES - AMENDED

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | |
|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ 3,120.00 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | |
|---|---|
| 2. Gross Monthly Income | $ 3,120.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ 0.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 0.00 |
| 12. Office Expenses and Supplies | 100.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 93.00 |
| 18. Insurance | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Commission to Broker** | **312.00** |
| **BSF Fee** | **105.00** |
| **Client Meals** | **125.00** |
| **Client Gifts at Closing** | **300.00** |
| **Office Fees (Insurance, GAMLS and FMLS Fees included)** | **125.00** |
| **Signage** | **30.00** |
| **Super Key for RE Agents** | **18.00** |
| **Flyers** | **100.00** |

| | |
|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ 1,308.00 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | |
|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ 1,812.00 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Wayne Lee McGhee,**
       **Lisa Hill McGhee**
                                                                    Case No. __10-98636-JRS__

                                    Debtors                         Chapter __13__

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 111,548.00 | | |
| B - Personal Property | Yes | 4 | 14,880.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 325,516.74 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 169,389.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,840.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,375.00 |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 126,428.00 | | |
| Total Liabilities | | | | 494,905.74 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

## United States Bankruptcy Court
### Northern District of Georgia

In re  **Wayne Lee McGhee,**
       **Lisa Hill McGhee**
                                                                      Debtors

Case No. __10-98636-JRS__

Chapter __13__

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,840.00 |
| Average Expenses (from Schedule J, Line 18) | 5,375.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,050.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 219,668.86 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 169,389.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 389,057.86 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re: **Wayne Lee McGhee / Lisa Hill McGhee**, Debtor(s)

Case No. **10-98636-JRS**
Chapter **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **30** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 9, 2011**    Signature **/s/ Wayne Lee McGhee**
**Wayne Lee McGhee**
Debtor

Date **March 9, 2011**    Signature **/s/ Lisa Hill McGhee**
**Lisa Hill McGhee**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.