UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Wayne Lee McGhee, | ) CASE NO. 10-98636-JRS |
| Lisa Hill McGhee, | ) |
| | ) |
| DEBTORS. | ) |

**AMENDMENT TO CHAPTER 13 SCHEDULES
AND SUMMARY OF SCHEDULES**

COME NOW Wayne Lee McGhee and Lisa Hill McGhee, Debtors in the above styled Chapter 13 case, and through counsel file this "Amendment to Chapter 13 Schedules and Summary of Schedules," showing this Honorable Court the following:

**1.**

Debtors file the attached Schedules D and F to add creditors.

**2.**

Debtors file the attached Summary of Schedules in lieu of its previously filed counterpart.

WHEREFORE, Debtors pray:

(a) That this Amendment be filed, read, and considered;

(b) That this Amendment be granted; and,

(c) That this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully submitted,
KHOSHNOOD LAW FIRM, PC

\_\_\_\_/s/_____
Hooman Khoshnood
GA Bar No. 416968
Attorney for the Debtors
klfnotices@yahoo.com

KHOSHNOOD LAW FIRM, PC
501 Pulliam St. SW, Suite 130
Atlanta, GA 30312
(678) 507-1590
(770) 234-4214 Fax

*Q:\ADL_MS\AMNDSCHD.wfm*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Wayne Lee McGhee, | ) CASE NO. 10-98636-JRS |
| Lisa Hill McGhee, | ) |
| | ) |
| DEBTORS. | ) |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify under penalty of perjury that I have served the following parties with a copy of the "Amendment to Chapter 13 Schedule(s) and Summary of Schedules" by placing true copies of same in the United States Mail with adequate postage affixed to ensure delivery.

Adam M. Goodman  
Chapter 13 Trustee  
Suite 200  
260 Peachtree Street  
Atlanta, GA 30303  

Wayne Lee McGhee  
Lisa Hill McGhee  
814 Millstead Court  
Jonesboro, GA 30236  

Dated: March 9, 2011

/s/  
Hooman Khoshnood  
GA Bar No. 416968  
Attorney for the Debtors  
klfnotices@yahoo.com  

Khoshnood Law Firm, PC  
501 Pulliam St. SW, Suite 130  
Atlanta, GA 30312  
(678) 507-1590  
(770) 234-4214 Fax  

*Q:\ADL_MS\AMNDSCHD.wfm*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Wayne Lee McGhee, | ) CASE NO. 10-98636-JRS |
| Lisa Hill McGhee, | ) |
| | ) |
| DEBTORS. | ) |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

We, Wayne Lee McGhee and Lisa Hill McGhee, hereby certify that the attached pleading is true and correct to the best of our information and belief.

Dated: <u>March 9, 2011</u>         Signed: <u>/s/</u>_____
                                  Wayne Lee McGhee

Dated: <u>March 9, 2011</u>         Signed: <u>/s/</u>_____
                                  Lisa Hill McGhee

*Q:\ADL_MS\AMNDSCHD.wfm*

B6D (Official Form 6D) (12/07)

In re  **Wayne Lee McGhee,**  Case No. **10-98636-JRS**
**Lisa Hill McGhee**
                                                                        ,
                                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Monroe County Tax Commissioner**<br>**Lori Andrews**<br>**38 West Main Street**<br>**Forsyth, GA 31029** | | W | **Real Estate Tax**<br><br>**Notice Only**<br>**Real Property**<br>**Parcel No. 082 005C**<br><br>Value $ 53,000.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>**Spivey Glen HOA**<br>**136 Spivey Glen Drive**<br>**Jonesboro, GA 30236** | | J | **2001**<br><br>**HOA**<br><br>**Residence: 814 Millstead Court**<br>**Jonesboro GA 30236**<br><br>Value $ 104,923.00 | | | | 0.00 | 0.00 |
| Account No. | | | <br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br>Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 0.00 | 0.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re **Wayne Lee McGhee,**
**Lisa Hill McGhee**
_____,
Debtors

Case No. **10-98636-JRS**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6475585617**<br><br>**AHMSI**<br>**P.O. Box 631730**<br>**Irving, TX 75063-1730** | | H | **Opened 12/01/01  Last Active 3/01/02** | | | | **Unknown** |
| Account No.<br><br>**Bibb County Tax Commissioner**<br>**Thomas W. Tedders, Jr.**<br>**653 Second Street**<br>**Macon, GA 31201** | | J | **2004**<br>**Property Taxes on foreclosed property** | | | | **3,000.00** |
| Account No.<br><br>**HRRG**<br>**265 Brookview Centre Way**<br>**Suite 400**<br>**Knoxville, TN 37919** | | J | **Medical bill** | | | | **700.00** |
| Account No.<br><br>| | | | | | | |

__0__ continuation sheets attached

Subtotal
(Total of this page)  **3,700.00**

Total
(Report on Summary of Schedules)  **3,700.00**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Wayne Lee McGhee,**
**Lisa Hill McGhee**
                                                    , Debtors

Case No.   **10-98636-JRS**

Chapter    **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 111,548.00 | | |
| B - Personal Property | Yes | 3 | 14,880.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 325,516.74 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 169,389.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,840.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,375.00 |
| Total Number of Sheets of ALL Schedules | | 13 | | | |
| | | Total Assets | 126,428.00 | | |
| | | | Total Liabilities | 494,905.74 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re: **Wayne Lee McGhee, Lisa Hill McGhee**, Debtors

Case No. **10-98636-JRS**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,840.00 |
| Average Expenses (from Schedule J, Line 18) | 5,375.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,050.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 219,668.86 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 169,389.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 389,057.86 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Georgia

In re  **Wayne Lee McGhee**
**Lisa Hill McGhee**
Debtor(s)

Case No. **10-98636-JRS**
Chapter **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **15** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 9, 2011**    Signature **/s/ Wayne Lee McGhee**
**Wayne Lee McGhee**
Debtor

Date **March 9, 2011**    Signature **/s/ Lisa Hill McGhee**
**Lisa Hill McGhee**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
AHMSI
P.O. Box 631730
Irving, TX 75063-1730



Bibb County Tax Commissioner
Thomas W. Tedders, Jr.
653 Second Street
Macon, GA 31201



HRRG
265 Brookview Centre Way
Suite 400
Knoxville, TN 37919



Monroe County Tax Commissioner
Lori Andrews
38 West Main Street
Forsyth, GA 31029



Spivey Glen HOA
136 Spivey Glen Drive
Jonesboro, GA 30236
```